**STEVEN R. KARTAGENER**
ATTORNEY AT LAW
225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

---

TELEPHONE (212) 732-9600
FAX (212) 732-6966
EMAIL SRK@Kartlaw.com

**BY ECF**

May 29, 2012

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

           RE: United States v. James, et al.
                08 Cr. 888 (NGG)
                <u>(Defendant Miguel Bozza)</u>

Dear Judge Garaufis:

    I represent defendant Miguel Bozza (hereinafter "defendant") in the above-entitled criminal action.

    I am writing this letter to respectfully request that defendant be permitted to travel to the District of New Jersey on June 9, 2012. Defendant is currently at liberty on a $400,000 bond, secured by $125,000 in cash and real property owned by defendant and his ex-wife. Defendant has been fully compliant with all of the conditions of his release on bail since the beginning of this case in April of 2010.

    Defendant's fiancee, Andrea Ferrara, was able to obtain tickets to the Brazil versus Argentina Soccer match being held at the MetLife Stadium in East Rutherford, New Jersey on June 9, 2012. Defendant would like to be able to travel to the District of New Jersey so that he can attend this game with Ms. Ferrara. Defendant would like to leave for New Jersey at 9:30 a.m. to attend an event at the stadium before to the match, which is set to start at 3:00 p.m., and return home at 7:00 p.m. following the game. I have discussed this request with AUSA Toni Mele, the Assistant handling the case, and she consents to our request. Defendant has also notified his pre-trial services officer who has no objection to this request. Defendant will provide a detailed itinerary to his pre-trial services officer.

Hon. Nicholas G. Garaufis
May 29, 2012
Page 2

      Accordingly, I respectfully request that defendant be permitted to travel to the District of New Jersey on June 9, 2012 from 9:30 a.m. until 7:00 p.m.

      Thank you.

                                       Respectfully submitted,

                                       Steven R. Kartagener

cc:   AUSA Toni Mele